G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff
KIMBERLY BROWN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| KIMBERLY BROWN,<br><br>      Plaintiff,<br><br>vs.<br><br>PERFORMANT RECOVERY, INC.; and DOES 1 to 10, inclusive,<br><br>      Defendants. | Case No.:  5:14-cv-00048-VAP-DTB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff, KIMBERLY BROWN, hereby voluntarily dismisses her claims, with prejudice, against Defendants PERFORMANT RECOVERY, INC.; and DOES 1 to 10, inclusive.

                                        RESPECTFULLY SUBMITTED,

DATED:                                  **PRICE LAW GROUP APC**

July 22, 2014

                                        By: /s/ G. Thomas Martin, III
                                            G. Thomas Martin, III
                                            Attorney for Plaintiff